EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
ASHLEY E. WALTERS, ESQ.
Nevada Bar No. 16338
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:     (702) 363-5101
E-mail: ecarranza@messner.com
*Attorneys for Defendants*
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY IANNUZZI, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; dba COSTCO WHOLESALE; and DOES I through X, inclusive; and ROE CORPORATIONS I through V inclusive,<br><br>Defendants. | CASE NO. 2:23-CV-00649-MMD-BNW |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco"), by and through counsel, Edgar Carranza, Esq. and Ashley E. Walters, Esq. of the law firm of MESSNER REEVES, LLP and Plaintiff, BRANDY IANNUZZI, by and through counsel Matthew Hoffman, Esq. of the Atkinson, Watkins & Hoffman law firm, hereby stipulate as follows:

1.  Plaintiff filed her Complaint on or about April 3, 2023, with the Eighth Judicial

District Court, Clark County, Nevada.

2. Defendant, Costco filed its Answer on or about April 20, 2023.

3. On April 20, 2023, Plaintiff filed her petition for exemption from the mandatory arbitration program. In the petition, she detailed her injuries, damages and claimed medical specials.

4. Costco filed its Notice of Removal and Notice of Filing its Notice of Removal on April 25, 2023 [Doc. No. 1].

5. The parties held their FRCP 26(f) conference on June 8, 2023, after which the parties filed the proposed Discovery Plan and Scheduling Order, which was endorsed by this Court on June 28, 2023.

6. The parties embarked on discovery and began having discussions about Plaintiff's injuries, claimed damages and potential resolution.

7. The Parties have been able to reach a mutually acceptable resolution to this matter which is memorialized in the Settlement and Release Agreement executed contemporaneous hereto.

8. In reaching the resolution Costco does not admit any liability and continues to deny the allegations in the Complaint. Nonetheless, Plaintiff hereby stipulates to waive any and all claims against Defendant, Costco and dismiss this action with prejudice in exchange for the agreed to resolution.

9. The parties also hereby stipulate, and this court hereby orders, that this settlement is deemed a good faith settlement. Therefore, any and all claims by any other party against Costco are hereby extinguished.

10. There is no trial date currently set in this matter.

11. For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice.

. . . .

. . . .

12. Plaintiff and Defendant will bear their own attorney's fees and costs related to this litigation.

Dated this 14 day of March 2024.

**MESSNER REEVES, LLP**

By: _____
Edgar Carranza, Esq.
Nevada Bar No. 5902
Ashley E. Walters, Esq.
Nevada Bar No. 16338
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

Dated this 12 day of March 2024.

**Atkinson, Watkins & Hoffman**

By: _____ bar no. 15829
Matthew Hoffman, Esq.
Nevada Bar No. 9061
10789 W. Twain Ave., Suite 100
Las Vegas, Nevada 89135
Attorneys for Plaintiff
BRANDY IANNUZZI

## ORDER

Pursuant to the above Stipulation, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that this matter is dismissed with prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 14th day of March, 2024.

_____
United States District Judge